UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 4607**

_Rajeev Pahuja_

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_American University of Antigua,_
_c/o Greater Carribean Learning_
_Resources._

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

RECEIVED
JUN 24 2011
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

____  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

__X__ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

__X__ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010

1

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  _Rajeev Pahuja_
Street Address _55 Duel Drive_
County, City _Hamden_
State & Zip Code _CT, 06518_
Telephone Number _(203)-589-3537_

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name _American University of Antigua C/o Greater Caribbean Learning Resources_
Street Address _2 Wall Street, 10th Floor_
County, City _New York, NY_
State & Zip Code _NY, 10005_
Telephone Number  _—_

C.  The address at which I sought employment or was employed by the defendant(s) is:

Employer _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

\_\_\_\_\_  Failure to hire me.

__X__  Termination of my employment.

\_\_\_\_\_  Failure to promote me.

__X__  Failure to accommodate my disability.

__X__  Unequal terms and conditions of my employment.

Rev. 05/2010                              2

__X__   Retaliation.

_____   Other acts *(specify)*: _____.

*Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: __06/05/09__.
  *Date(s)*

C. I believe that defendant(s) *(check one)*:

  _I don't know_  is still committing these acts against me.  *don't know*

  _____  is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

  ☐ race _____   ☐ color _____

  ☐ gender/sex _____   ☐ religion _____

  ☐ national origin _____

  ☐ age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

  ☒ (disability) or (perceived disability) _suffer from ADD_ *(specify)*
  _(Attention Deficit Disorder)_

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

See the attached documents and letter from my rehabilitation counselor. The defendant's attorney has stated they do not maintain records such as application forms submitted by applicants or records related to requests for reasonable accommodation based on disability. The Americans with Disabilities Act requires that employers post a notice describing the provisions of the ADA. AUA/CCLR does not have a clearly defined procedure in the employee handbook for employees

*Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of *for* your charge filed with the Equal Employment Opportunity Commission, the New York State *emplo-* Division of Human Rights or the New York City Commission on Human Rights. *to request accommodation for their disabilities*

III. **Exhaustion of Federal Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: __7/22/09_____ *(Date)*.

B.  The Equal Employment Opportunity Commission *(check one)*:

    _____ has not issued a Notice of Right to Sue letter.

    __X__ issued a Notice of Right to Sue letter, which I received on __4/5/11__ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    _____ 60 days or more have elapsed.

    _____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: __backpay, emotional distress, and front pay.__

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __29th__ day of __June__, 20__11__.

Signature of Plaintiff  __[signature]__

Address  __55 Duel Drive__
           __Hamden, CT 06518__

Telephone Number  __(203)-589-3537__

Fax Number *(if you have one)* _____

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rajeev Pahuja<br>55 Duel Drive<br>Hamden, CT 06518 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ]     *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2009-05137 | Holly M. Woodyard,<br>Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]     The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]     Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]     The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]     Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]     The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]     The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]     Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     March 31, 2011
Elizabeth Grossman,     *(Date Mailed)*
Acting District Director

Enclosures(s)

cc:     AMERICAN UNIVERSITY OF ANTIGUA, C/O     Leonard Scalafani, Esq.
GREATER CARIBBEAN LEARNING RESOURCES     2 Wall Street, 5th Floor
Attn: Director of Human Resources     New York, NY 10005
2 Wall Street, 10th Floor
New York, NY 10005




# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
## BUREAU OF REHABILITATION SERVICES
249 THOMASTON AVENUE • WATERBURY, CT 06702

September 8, 2009

Jeanne L. Ortiz
New York Division of Human Rights
One Fordham Plaza – 4th Floor
Bronx, NY 10458

Dear Ms. Ortiz,

At the request of Mr. Rajeev Pahuja, I am submitting this correspondence to you.
I am a Vocational Rehabilitation Counselor with the State of Ct, Bureau of Rehabilitation Services. The Bureau of Rehabilitation Services assists eligible persons with disabilities in preparing for, obtaining & retaining employment. The Bureau of Rehabilitation Services has been working with Raj Pahuja since 2002.

On June 5, 2009 there was a conference call involving myself, Raj Pahuja, Dick Woodward of American University of Antigua and Marie McGillycuddy of American University of Antigua (this conference call was arranged in follow-up to a phone call that I had received from Raj Pahuja earlier that day indicating that he was being terminated from his job. In this call, Raj asked me to contact Marie McGillycuddy in an effort try and help him retain his position).

In this conference call, I explained the Bureau of Rehabilitation Services. I described services available such as On-the-Job Training, Job Coaching to help an individual retain his/her job.

I asked if there were specific reasons for Raj being let go. Mr. Woodward indicated that there weren't any specific reasons for the termination. Mr. Woodward added that they liked Raj personally but that they (AUA) thought that it wasn't working out. Mr. Woodward stated that they thought Raj had more managerial experience which is what they needed.

Feel free to contact me with any questions or if I can provide further information. Thank you for assistance.

Respectfully,

David Carpino
Senior Vocational
Rehabilitation Counselor

Phone: (203) 578-4550 (V/TTY)   FAX: (203) 578-4590
**An Equal Opportunity / Affirmative Action Employer**
Printed on Recycled or Recovered Paper



## Valli Kane & Vagnini
### Attorneys at Law

600 Old Country Road  
Suite 519  
Garden City, NY 11530

Tel: 516-203-7180  
Fax: 516-706-0248  
www.vkvlawyers.com

July 2, 2009

**Via U.S. Mail & Facsimile**  
Leonard Sclafani, Esq.  
General Counsel  
American University of Antigua  
2 Wall Street, 10th Floor  
New York, N.Y. 10005

Re: Rajeev Pahuja

Dear Mr. Sclafani:

We have been retained by Mr. Pahuja, a former employee, regarding his recent termination and claims of discrimination against your company. Mr. Pahuja was an outstanding employee with your company during the short period that he was employed. Recently, he was told that he could not perform the job duties assigned and was having problems with his training. He informed the University that he suffers from a learning disability and would need a small amount of additional time to complete his training. This request was denied despite the request being entirely reasonable. As a result Mr. Pahuja was terminated. Under the Americans with Disabilities Act an employer must give a reasonable accommodation for an employee suffering from a disability, such as Mr. Pahuja's. Mr. Pahuja's termination is clearly impermissible and illegal under Federal, State and City laws.

Given the financial and emotional harm resulting from this overt act of discrimination, we have been retained to preserve all of Mr. Pahuja's legal rights.[1] However, Mr. Pahuja has authorized us to contact you to explore the prospect of reaching an amicable and confidential resolution to this matter. Should you be interested in exploring such a possibility, please contact the undersigned. We cannot, however, wait indefinitely for a response. To that end, if we do not hear from you or a representative within ten (10) days from the above date, we will have no choice but to commence formal proceedings.

Very truly yours,

VALLI KANE & VAGNINI, LLP

_____  
Jesse C. Rose

---

[1] This letter is a notice of intent to sue. Any and all records, recordings, or information, including electronic mail and records, in any way relating to Mr. Pahuja should be preserved at once.

*Chart copy*

# Family Counseling of Cheshire

345 Highland Ave., Unit 102 ~ Cheshire, CT. 06410-2550
(203) 250-9654 ~ Fax (203) 271-3575

September 26, 2006

RE: Rajeev Pahuja
DOB: 9/27/1976

To Whom It May Concern:

Rajeev Pahuja is under my care and on medication. He is being treated for Adult Attention Deficit Disorder and associated learning disabilities.

He is an intelligent man; eager to return to work and his medication should be very helpful in improving his work skills.

Sincerely,

Robert H. Peters, M.D.
Attending Psychiatrist