```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 22, 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Rajeev Pahuja,

                    Plaintiff(s),              ORDER GRANTING IFP APPLICATION

    -against-                                   11  Civ. 4607  (UA)

American University of Antigua c/o
Greater Caribbean Learning Resources,

                    Defendant(s).
-------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

                                                      */s/ Loretta A. Preska*
                                                   LORETTA A. PRESKA
                                            Chief United States District Judge

Dated: July 22, 2011
         New York, New York