UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                              :
RAJEEV PAHUJA,                           :

                 Plaintiff,         :
                                              :        11 Civ. 4607 (DLC)
      -v-                           :
                                              :        SERVICE ORDER
AMERICAN UNIVERSITY OF ANTIGUAL,  :

                 Defendant.         :
                                              :
------------------------------------X

DENISE COTE, District Judge:

    ORDERED that the Clerk of Court shall issue a summons in this action.

    IT IS FURTHER ORDERED that the plaintiff shall serve the summons and complaint upon the defendant within 120 days of the issuance of the summons. If service has not been made within the 120 days, and the plaintiff fails to show good cause, in writing, why service has not been made, the complaint may be dismissed for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

    SO ORDERED:

Dated:    New York, New York
          July 26, 2011

                                            DENISE COTE
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2011

COPIES MAILED TO:



Rajeev Pahuja
55 Duel Drive
Hamden, CT 06518