UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X
    IN THE MATTER OF REASSIGNMENT

                                            NOTICE OF REASSIGNMENT

            OF

CASES FROM HON. DENISE L. COTE

-------------------------------------------- X

    The cases on the attached list are reassigned to the calendar of:

           HON. PAUL A. ENGELMAYER

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: October 12, 2011

                                              Ruby J. Krajick, CLERK

                                              Cecilia Rudden
                          By: _____
                                              Deputy Clerk

cc: Attorneys of Record

Judge Cote to Judge Engelmayer

08-cv-11339
09-cv-7310
10-cv-4404
10-cv-4142
10-cv-5745
10-cv-6160
10-cv-8977 – related: 10CV9301
09-cv-7525
10-cv-4797
11-cv-1028
11-cv-4607
11-cv-5483