UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RAJEEV PAHUJA,

                              Plaintiff,

       -v-

AMERICAN UNIVERSITY OF ANTIGUA, *c/o Greater Caribbean Learning Resources*,

                              Defendant.

------------------------------------------------------------X

11 Civ. 4607 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/11

PAUL A. ENGELMAYER, District Judge:

    The Court is in receipt of a letter from the *pro se* plaintiff requesting an enlargement of time to serve his complaint. By Order dated October 11, 2011, the Court directed the United States Marshal's Service to assist with service in this case. To date, plaintiff has not returned to the Court a properly-addressed summons with which the Marshal's Service may serve the defendant.

    Accordingly, the Clerk of Court is DIRECTED to issue a new summons. The Pro Se Office is DIRECTED to complete the forms necessary for the Marshal's Service to serve defendant at the following address:

    Leonard Sclafani, Esq.
    American University of Antigua c/o Greater Caribbean Learning Resources
    2 Wall Street, 10th Floor
    New York, NY 10005-2043

    Plaintiff's time to serve the complaint is extended to January 9, 2012.

    SO ORDERED.

                                                             Victor Marrero, U.S.D.J.
                                                             Paul A. Engelmayer
                                                             United States District Judge

Dated: November 15, 2011
       New York, New York