```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAJEEV PAHUJA,

                           Plaintiff,

        -v-

AMERICAN UNIVERSITY OF ANTIGUA, *c/o Greater Caribbean Learning Resources*,

                           Defendant.

------------------------------------------------------------------X

11 Civ. 4607 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

      On February 22, 2012, defendant the American University of Antigua was served with process by the United States Marshals at the following address:

      Leonard Sclafani, Esq.
      American University of Antigua c/o Greater Caribbean Learning Resources
      2 Wall Street, 10th Floor
      New York, NY 10005-2043

      Defendant was to answer, move, or otherwise respond to the complaint by March 14, 2012. To date, no answer, motion, or response has been received. Defendant is hereby ORDERED to respond to the Complaint by June 15, 2012 or the Court may enter a default judgment in plaintiff's favor.

      The Clerk of Court is directed to send a copy of this order to the defendant at the above address.

      SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                         United States District Judge

Dated: May 24, 2012
          New York, New York