# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Rajeev Pahuja

Plaintiff,

-v-

American University of Antigua c/o Greater Caribbean Learning Resources

Defendant.

Case No. 11 Civ. 4607

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

American University of Antigua             (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** June 14, 2012

Leonard A. Sclafani, Esq.

**Signature of Attorney**

**Attorney Bar Code:** ls8306

STATE OF NEW YORK, COUNTY OF NEW YORK

I, LEONARD A. SCLAFANI, an attorney duly licensed to practice before this court, affirm under penalty of perjury as follows:

I am counsel defendant, American University of Antigua, in this action.

On June 15,, 2015, I served the within Notice of Motion and supporting papers, Memorandum of Law and Rule 7.1 Statement on plaintiff by depositing true copies thereof enclosed in a post paid wrapper into the care and custody of the U.S. Postal Service, all due fees prepaid and addressed to each of the following persons at the last known address set forth after each name:

Rajeev Pahuja
55 Duel Drive
Hamden, CT. 06518

Leonard A. Sclafani, Esq. (ls8306)