UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAJEEV PAHUJA,

                           Plaintiff,

          -v-

AMERICAN UNIVERSITY OF ANTIGUA, *c/o Greater
Caribbean Learning Resources*,

                         Defendant.

------------------------------------------------------------------X

11 Civ. 4607 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

    Plaintiff Rajeev Pahuja's time to respond to defendant's motion to dismiss is extended to and including July 31, 2012. Mr. Pahuja is advised that he should send his opposition papers to the defendant, as well as to the Pro Se office.

    SO ORDERED.

                                                      Paul A. Engelmayer
                                                        United States District Judge

Dated: July 9, 2012
        New York, New York