**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

RAJEEV PAHUJA,

        Plaintiff,

   -against-

AMERICAN UNIVERSITY OF ANTIGUA C/O             11 Civ. 4607 (PAE)
GREATER CARIBBEAN LEARNING  RESOURCES       **Notice of Appearance**

        Defendants
_____X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff Rajeev Pahuja, for the limited purpose of representing him at the pretrial conference on January 17, 2013.

    I certify that I am admitted to practice in this court.

Date:  January 15, 2013

                               *s/*Felicia Nestor
                               Signature

                               Felicia Nestor, Esq.
                               Print Name

                               1501 Broadway, 12th Fl.
                               Address

                               New York, NY  10036
                               City,    State  Zip Code

                               (646)571-2214        (866)407-5277
                               Phone                           Fax

                               Email:  fn@fnestorlaw.com