UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAJEEV PAHUJA,

                               Plaintiff,

          -v-

AMERICAN UNIVERSITY OF ANTIGUA, c/o Greater
Caribbean Learning Resources,

                               Defendant.

------------------------------------------------------------------X

11 Civ. 4607 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/13

PAUL A. ENGELMAYER, District Judge:

       The Court has received a letter from defendant, requesting an extension of two weeks for the defendant to submit and serve affidavit(s) from qualified witness(es), and any other admissible evidence bearing on the authenticity of the May 5, 2009 email as produced by Mr. Pahuja. *See* Dkt. 24. That extension is granted. Defendant is directed to file the affidavit(s) by February 1, 2013.

       The Court has also received defendant's request that the Court order Mr. Pahuja to make his computer and Yahoo! email account for the relevant periods available to defendant's forensic expert. The Court directs Mr. Pahuja to make his computer available for review by that expert. However, the Court recognizes that Mr. Pahuja has a considerable privacy interest in his computer. Therefore, the Court directs defendant's expert to limit his review solely to evidence with potential bearing on the authenticity of the May 5, 2009 email as produced by Mr. Pahuja. If Mr. Pahuja requests to be present for the forensic expert's examination of his computer, that request must be honored.

Defendant's counsel is directed to serve a copy of this Order on Mr. Pahuja, and to file an affidavit of service on ECF.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 24, 2013
      New York, New York