UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

RAJEEV PAHUJA,

                                                          Index #11 Civ.
                                                          4607(PAE)

                                                          **AFFIRMATION OF SERVICE OF
                                                          ORDER ENTERED ON JANUARY
                              Plaintiff                    24, 2013 ON PLAINTIFF,
                                                          RAJEEV PAHUJA**

                     - -


AMERICAN UNIVERSITY OF ANTIGUA c/o
GREATER
CARIBBEAN LEARNING RESOURCES,


                              Defendant


-  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ---X
-

Leonard A. Sclafani, Esq. hereby affirms under penalty of perjury as
follows:

I am counsel to defendant in the above captioned matter. On January 29,
2013, I served the attached Order dated and entered on January 24,
2013 on plaintiff Rajeev Pahuja by email to his email address at
pahujara@yahoo.com and to the email address of counsel who appeared
on his behalf at the January 17, 2013 conference before the Court,
Felicia Nestor, Esq. at her email address; to wit, fn@fnestorlaw.com.
I also served plaintiff on January 29, 2013 by FedEx overnight courier
addressed to him at his home address; to wit 55 Duel Drive, Handen
Connecticut, 06518.


Dated: January 29, 2013

Leonard A. Sclafani, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
RAJEEV PAHUJA,                                          :
                                                        :
                                Plaintiff,              :        11 Civ. 4607 (PAE)
                    -v-                                  :
                                                        :        ORDER
AMERICAN UNIVERSITY OF ANTIGUA, *c/o Greater*           :
*Caribbean Learning Resources,*                          :
                                                        :
                                Defendant.              :
                                                        :
-----------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from defendant, requesting an extension of two weeks for

the defendant to submit and serve affidavit(s) from qualified witness(es), and any other

admissible evidence bearing on the authenticity of the May 5, 2009 email as produced by Mr.

Pahuja. *See* Dkt. 24. That extension is granted. Defendant is directed to file the affidavit(s) by

February 1, 2013.

    The Court has also received defendant's request that the Court order Mr. Pahuja to make

his computer and Yahoo! email account for the relevant periods available to defendant's forensic

expert. The Court directs Mr. Pahuja to make his computer available for review by that expert.

However, the Court recognizes that Mr. Pahuja has a considerable privacy interest in his

computer. Therefore, the Court directs defendant's expert to limit his review solely to evidence

with potential bearing on the authenticity of the May 5, 2009 email as produced by Mr. Pahuja.

If Mr. Pahuja requests to be present for the forensic expert's examination of his computer, that

request must be honored.

Defendant's counsel is directed to serve a copy of this Order on Mr. Pahuja, and to file an affidavit of service on ECF.

SO ORDERED.

Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge

Dated: January 24, 2013
       New York, New York