January 28, 2013

Honorable Englemayer
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/13

PRO SE OFFICE

Re: Rajeev Pahuja v. American University of Antigua c/o Greater Caribbean Learning Resources
Case No. 11 Civ 4607
Re: Withdrawl of case because of Financial Hardship

Dear Judge Englemayer:

I want to possibly withdraw the case based on the cost benefit analysis that you informed me during the pretrial initial conference. I have not been working for about four years. I can't afford to pay the legal fee of attorney Ms. Felicia Nestor, defendant attorney Leonard Sclafani, my forensic information technology specialist Complete Discovery Source, and defendant's forensic information technology specialist Sunera LLC. At the time of the pretrial initial conference I did not realize the total costs that I have to incur.

I will be willing to pursue the case if the court can grant me a pro bono attorney and if I don't have to pay for the defendant's forensic evaluation and any other related expenses from the defendant. I have not deleted the pertinent e-mail dated May 5, 2009.

I respectfully respect that the court can grant me a pro bono attorney and Ican pursue the case. Otherwise, I will not be able to fight this case on my own. Please feel free to contact me at (203)-589-3537 with any questions your Honor.

Very Truly Yours,

Rajeev Pahuja
Pro Se Plaintiff

CC: Leonard Sclafani
American University of Antigua c/o Greater Caribbean Learning Resources
Senior Vice President and General Counsel
One Battery Park Plaza, 33rd Floorr
New York, NY 100004

RECEIVED JAN 28 2013 PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rajeev Pahuja
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

11 Civ. 4607 ( ) ( )

- against -

American University of Antigua
c/o Greater Caribbean Learning
Resources
_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION OF SERVICE**

I, Rajeev Pahuja, declare under penalty of perjury that I have
(name)
served a copy of the attached Withdrawl of case and financial hardship letter
(document you are serving)
upon Leonard Sclafani whose address is One Battery Park Plaza
(name of person served)                                                                      3rd Floor
Mailing the financial hardship letter
(where you served document)
by Certified Mail
(how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: Hamden, CT
       (town/city) (state)

        1   28, 2013
     (month) (day) (year)

Signature: R. P.

Address: 55 Duel Drive

City, State: Hamden, CT

Zip Code: 06518

Telephone Number: 203-589-3537

Rev. 05/2010

