January 31, 2013

Honorable Englemayer
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



**Re: Rajeev Pahuja v. American University of Antigua c/o Greater Caribbean Learning
Resources
Case No. 11 Civ 4607
Re: Withdrawl of Case**

Dear Judge Englemayer:

I agree with document #39 court's order and would like the case to be closed.

I respectfully respect that my case be withdrawn with prejudice. Please feel free to contact me at (203)-589-3537 with any questions your Honor.

Very Truly Yours,

Rajeev Pahuja
Pro Se Plaintiff

CC: Leonard Sclafani
   American University of Antigua c/o Greater Caribbean Learning Resources
   Senior Vice President and General Counsel
   One Battery Park Plaza, 33rd Floor
   New York, NY 100004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rajeev Pahuja

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11 Civ. 4607 ( ) ( )

- against -

American University of Antigua
c/o Greater Carribbean Learning
Resources

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Rajeev Pahuja, declare under penalty of perjury that I have
*(name)*

served a copy of the attached withdrawl of case
*(document you are serving)*

upon Leonard Sclafani whose address is One Battery Park Plaza,
*(name of person served)* New York, NY 10004 Floor

Mailing the withdrawl letter.
*(where you served document)*

by Certified Mail
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Hamden , CT
 *(town/city)* *(state)*

 1 / 31 , 20 13
 *(month)* *(day)* *(year)*

Signature

55 Duel Drive
Address

Hamden, CT
City, State

06518
Zip Code

203-589-3537
Telephone Number

Rev. 05/2010

