January 31, 2013

Honorable Englemayer
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**



Re: Rajeev Pahuja v. American University of Antigua c/o Greater Caribbean Learning Resources
Case No. 11 Civ 4607
Re: Withdrawl of Case

Dear Judge Englemayer:

I agree with document #39 court's order and would like the case to be closed.

I respectfully respect that my case be withdrawn with prejudice. Please feel free to contact me at (203)-589-3537 with any questions your Honor.

Very Truly Yours,

Rajeev Pahuja
Rajeev Pahuja
Pro Se Plaintiff

CC: Leonard Sclafani
American University of Antigua c/o Greater Caribbean Learning Resources
Senior Vice President and General Counsel
One Battery Park Plaza, 33rd Floor
New York, NY 100004

This case is hereby dismissed with prejudice. The clerk of court is hereby directed to close this case.

SO ORDERED:

1/31/13    Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE