**Felicia Nestor, Esq.**
1501 Broadway
12th Floor
New York, NY 10036
(646) 571-2214 phone
(866) 407-5277 fax
fn@fnestorlaw.com

January 31, 2013

Hon. Paul A. Engelmayer, USDJ
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Pahuja v. American University of Antigua c/o Greater Caribbean Learning Resources,
11 Civ. 4607 (PAE)

Dear Judge Engelmayer,

On January 15, 2013 I submitted a Notice of Appearance in this case for the limited purpose of representing Plaintiff Rajeev Pahuja at the pretrial conference on January 17, 2013.

At that conference, I reiterated the limited purpose of my representation. I also reasserted, on Mr. Pahuja's behalf, his intent to continue *pro se* after the conference.

Please accept this letter as further clarification that my representation of Mr. Pahuja was limited to the January 17, 2013 conference and that I am not currently representing Mr. Pahuja in this matter.

Very Truly Yours,

/s/FELICIA NESTOR
Felicia Nestor, Esq.

CC:   Rajeev Pahuja
      Leonard Sclafani, Esq.