February 22, 2013

Honorable Englemayer, USDJ
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



Re: Rajeev Pahuja v. American University of Antigua c/o Greater Caribbean Learning
Resources
Case No. 11 Civ 4607
Re: Websitesare holding the case information to be removed as per your court order.

Dear Judge Englemayer:

My case is appearing online via RajeevPahuja google and yahoo search engines with websites versuslaw.com, google scholar, and findacase. I had a phone conversation with the representative from Versuslaw.com and the company is not willing to remove the opinion and order docket#17 dated December 18, 2012 unless versuslaw.com receives a court order per your order to remove it. The opinion and order docket #17 has not received a formal citation. Employers may not hire me after conducting their comprehensive background check with the versuslaw.com opinion and order docket #17.

Versuslaw.com address is:

Veruslaw, Inc
PO Box 1435
Bellevue, WA 98009

I respectfully respect your honor if you can inform versuslaw.com to remove online docket #17 as per your court order. Please feel free to contact me at (203)-589-3537 with any questions your Honor.

Very Truly Yours,

Rajeev Pahuja
Pro Se Plaintiff

The request is denied. By filing his lawsuit, Mr. Pahuja initiated a public proceeding. There is no basis to disregard the ordinary presumption that the record of such a proceeding be public.

**SO ORDERED:**

Paul A. Engelmayer       2/27/13

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

FEB 22 2013
PRO SE OFFICE